**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVEN D. OVERS,**

        **Plaintiff,**

**-vs-**                                              **Case No.  6:11-cv-217-Orl-28DAB**

**GENERAL DYNAMICS INFORMATION**
**TECHNOLOGY,**

        **Defendant.**
_____

## ORDER

This case is before the Court on Defendant's Motion for Attorney's Fees (Doc. No. 34) filed June 6, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 18, 2012 (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Attorney's Fees (Doc. No. 34) is **DENIED**.

x

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of November, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record